**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JESUS HOMERO SILVA SALAZAR,

Plaintiff,

-against-

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A.,

Defendant.
-----------------------------------------------------------------X

Case No. 08 CIV 3713
(Judge Stein)

AFFIDAVIT OF SERVICE

STATE OF PENNSYLVANIA )
S.S.:
COUNTY OF CUMBERLAND )

Richard Kreitzer, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 28th day of April, 2008, at approximately the time of 9:00 Am, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT WITH JURY DEMAND; AND CIVIL COVER SHEET upon NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A. at 2704 Commerce Drive, Suite B, Harrisburgh, PA, by personally delivering and leaving the same with Wendy Smith who informed deponent that She holds the position of Customer Service with that company and is authorized by appointment to receive service at that address.

Wendy Smith is a white female, approximately 30 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 140 pounds with Red hair.

[signature]
PROCESS SERVER

Sworn to before me this
1st day of May, 2008

[signature]
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SUZANNE M. DEDERER, Notary Public
Camp Hill Boro, Cumberland County
My Commission Expires Aug. 20, 2009

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

JESUS HOMERO SILVA SALAZAR

V.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 3713

TO: (Name and address of Defendant)

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A.
2704 COMMERCE DRIVE, SUITE B
HARRISBURG, PENNSYLVANIA 17110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.
1345 AVENUE OF THE AMERICAS, 31ST FLOOR
NEW YORK, NEW YORK 10105

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

APR 18 2008

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________________
Date *Signature of Server*

______________________________
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.