USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESUS HOMERO SILVA SALAZAR,

                        Plaintiff,

    - against -

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, P.A.,

                        Defendant.

08-cv-03713 (SHS)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the attorneys for the parties herein, that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the above-captioned action is hereby dismissed, with prejudice and without costs or attorney's fees to any party.

Dated: New York, New York
        June 25, 2008

ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.

By: _____
   Robert A. Schachter, Esq.
1345 Avenue of the Americas
New York, NY 10105
Attorneys for Plaintiff JESUS HOMERO
SILVA SALAZAR
(212) 603-6300

MOUND COTTON WOLLAN &
GREENGRASS

By: _____
   Jeffrey Weinstein, Esq.
One Battery Park Plaza
New York, NY 10004
Attorneys for Defendant NATIONAL
UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, P.A.
(212) 804-4300

SO ORDERED

Dated: 6/26/08

_____
HON. Sidney H. Stein, U.S.D.J.

{00392905.DOC;1}